STATE OF MAINE                          SUPERIOR COURT
KENNEBEC, ss                            CIVIL ACTION
                                        Docket No. AP -11-047
                                        NM - KEN - 10/1/2012

IN RE JOHN D.                           DECISION AND ORDER


Before the court is an appeal[1] of a court-ordered commitment of the appellant after a hearing on 8/10/11.[2] The appellant argues that the record does not support the findings and conclusions that (1) adequate community services as an alternative to involuntary hospitalization did not exist and (2) the appellant has a mental illness posing a risk of physical harm to himself.[3]

The only testimony in the record, that of psychiatrist Dr. Aaron Greenwald and psychologist Dr. Charles Robinson, supports the decision of the District Court judge. (See Tr. 12-14, 20, 30 (Aug. 10, 2011).)

The entry is

    The Order of the District Court dated 8/10/11 is AFFIRMED.


Date: October 1, 2012
                                        Nancy Mills
                                        Justice, Superior Court

---

[1] On 8/10/11, the District Court judge ordered hospitalization for the appellant for a period not to exceed 90 days. It is difficult to determine from this record whether the criteria for addressing an appeal that is moot are present in this case. (See Tr. 24 (Aug. 10, 2011).); In re Walter R., 2004 ME 77, ¶ 9; In Re Faucher, 558 A.2d 705, 706 (Me. 1989).

[2] An application for an emergency, involuntary admission was signed by a District Court judge on 7/29/11.

[3] An additional argument regarding the timeliness of the post-admission examination, identified in the notice of appeal, was not pursued.

1

| Date Filed | 8/17/11 | Kennebec | Docket No. | AP-11-47 |
|---|---|---|---|---|

County

Action ___ Mental Health ___

# J. Mills

In re: John Davis      vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| Margaret Shalhoob, Esq.<br>28 Williams Street 11 Lucas Drive<br>Bangor, ME 04401  Montville, ME  04941 | Bruce Williams, Esq.<br>Office of Regional Counsel (02)<br>Department of Veterans Affairs<br>1 VA Center<br>Augusta Maine 04330 |

| Date of Entry | |
|---|---|
| 8/24/11 | Entire file transferred from Augusta District Court (MH-11-69), filed 8/17/11. |
| 8/29/11 | Letter regarding hearing in District Court on 8/10/11, filed 8/23/11. s/Davis, Pro Se |
| 9/27/11 | Transcript, filed 9/26/11.  (AUGDC-MH-11-69, of 8/10/11.)  s/Cheney, Transcriber, Electronic Recording Division. |
| 9/30/11 | **NOTICE AND BRIEFING SCHEDULE ISSUED:**<br>Copies mailed to attys. |
| 11/9/11 | Brief of Appellant, filed. s/Shalhoob, Esq. |
| 12/15/11 | Brief of the Appellee, filed. s/Williams, Esq.  (filed 12/8/11) |
| 1/20/12 | Joint Motion to Waive Oral Argument, filed. s/Williams, Esq. |
| 1/23/11 | Letter informing the court no objection to waive oral arguments, filed. s/Shalhoob, Esq. |
| 2/1/12 | Proposed Order, filed. |
| 5/17/12 | ORDER, Mills. J.<br>Under advisement order issued.<br>Copies to attys. of record. |
| 10/1/12 | DECISION AND ORDER, Mills, J.<br>The Order of the District Court dated 8/10/11 is AFFIRMED.<br>Copies mailed to attys. of record<br>File returned to Augusta District Court<br>Copies mailed to repositories |